Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−26586−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Jamie M Fletcher<br>aka Jamie M. Dattilo, aka Jamie Fletcher,<br>aka Jamie Dattilo, aka Fletcher Jamie, aka<br>James Dattilo, aka James Datlilo<br>3 Carroll Court<br>Sicklerville, NJ 08081 | Christopher S Fletcher<br>aka Christophe Fletcher, aka Cristopher<br>Fletcher, aka Christopher Fletcher, aka<br>Chris S Fletcher, aka Chris Fletcher, aka<br>Christop Fletcher, aka Christoph Fletcher,<br>aka Christophe S Fletcher<br>3 Carroll Court<br>Sicklerville, NJ 08081 |

Social Security No.:
 xxx−xx−6217                              xxx−xx−4654

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:             10/17/18
Time:             10:00 AM
Location:         4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.


Dated: August 20, 2018
JAN: kvr

                              Jeanne Naughton
                              Clerk, U. S. Bankruptcy Court

```
                              United States Bankruptcy Court
                                     District of New Jersey
In re:                                                                       Case No. 18-26586-JNP
Jamie M Fletcher                                                             Chapter 13
Christopher S Fletcher
        Debtors                       CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin                   Page 1 of 2                  Date Rcvd: Aug 20, 2018
                              Form ID: 132                  Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 22, 2018.
db/jdb         +Jamie M Fletcher,    Christopher S Fletcher,    3 Carroll Court,    Sicklerville, NJ 08081-4442
517708890      +Cambria Center LLC,    Attn: President, Managing Partner,    501 Cambria Ave.,
                 Bensalem, PA 19020-7213
517708891      +Cohen Seglias Pallas,    Re: Cambria Center LLC,    30 South 17th Street 19th FL,
                 Philadelphia, PA 19103-4010
517708895      +Fein Such Kahn & Shepard PC,    Re:  F-25783-17,    7 Century Drive, Suite 201,
                 Parsippany, NJ 07054-4609
517708896      +Financial Recoveries,    200 East Park Drive,    Suite 100,    Mount Laurel, NJ 08054-1297
517708897      +Jefferson Health,    Att: Billing/Bankruptcy Dept.,    111 South 11th Street,
                 Philadelphia, PA 19107-4824
517708898      +Lasalle Bank National,    135 South LaSalle Street in Chicago, Ill,    Chicago, IL 60603-4820
517708899      +Mandees/Rai Credit,    285 Grand Avenue,    Englewood, NJ 07631-4390
517708900      +Office of the Sheriff,    ATTN  Charles H Billingham Sheriff,    Room 100 - Courthouse,
                 520 Market Street,    Camden, NJ 08102-1300
517708901       Progressive,    PO Box 7247-0311,    Philadelphia, PA 19170-0311
517708902      +Progressive Insurance Company,    PO Box 31260,    Tampa, FL 33631-3260
517708904       Select Portfolio Servicing,    3815 S Decker Lake Drive,    Salt Lake City, UT 84119
517708906      +The Loan Servicing Center,    Customer Support Unit,    PO Box 551170,
                 Jacksonville, FL 32255-1170
517708907     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court:  U.S. Bank N.A.,    80 S. 8th Street,    Suite 224,
                 Minneapolis, MN 55402)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 20 2018 23:41:24      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 20 2018 23:41:20      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517708889      +E-mail/Text: g20956@att.com Aug 20 2018 23:42:09      AT&T Mobility II LLC,
                 c/o AT&T Services Inc.,    Karen A. Cavagnaro - Lead Paralegal,    One AT&T Way, Room 3A104,
                 Bedminster, NJ 07921-2693
517708892      +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Aug 20 2018 23:42:06      Comcast,
                 c/o Bankruptcy Department,    One Comcast Center,    1701 John F Kennedy Blvd.,
                 Philadelphia, PA 19103-2899
517708893      +E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 20 2018 23:42:30
                 Credit Collection Service,    PO Box 607,    Norwood, MA 02062-0607
517708894       E-mail/Text: bknotice@ercbpo.com Aug 20 2018 23:41:31      Enchanced Recovery Company, LLC,
                 PO Box 57547,    Jacksonville, FL 32241-7547
517708905      +E-mail/Text: bankruptcy@sw-credit.com Aug 20 2018 23:41:25      SW Credit System L.P,
                 4120 International Parkway,    Suite 1100,    Carrollton, TX 75007-1958
517708903      +E-mail/Text: jennifer.chacon@spservicing.com Aug 20 2018 23:42:41
                 Select Portfolio Servicing,    Attn:  Bankruptcy Department,    PO Box 65250,
                 Salt Lake City, UT 84165-0250
517708908      +E-mail/Text: chegyi@winslowtownship.com Aug 20 2018 23:41:23      Winslow Township,
                 Attn: Tax & Utility Collector,    125 South Route 73,    Braddock, NJ 08037-9422
                                                                                               TOTAL: 9

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2018                                    Signature:  /s/Joseph Speetjens

```
District/off: 0312-1          User: admin              Page 2 of 2             Date Rcvd: Aug 20, 2018
                              Form ID: 132             Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 20, 2018 at the address(es) listed below:
              Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              S. Daniel Hutchison    on behalf of Debtor Jamie M Fletcher sdhteamlaw@outlook.com,
               backupcourt@outlook.com;sdhlawecf@gmail.com;sdhlawpara1@outlook.com;r39026@notify.bestcase.com
              S. Daniel Hutchison    on behalf of Joint Debtor Christopher S Fletcher sdhteamlaw@outlook.com,
               backupcourt@outlook.com;sdhlawecf@gmail.com;sdhlawpara1@outlook.com;r39026@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```