Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−26586−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Jamie M Fletcher
aka Jamie M. Dattilo, aka Jamie Fletcher,
aka Jamie Dattilo, aka Fletcher Jamie, aka
James Dattilo, aka James Datlilo
3 Carroll Court
Sicklerville, NJ 08081

Christopher S Fletcher
aka Christophe Fletcher, aka Cristopher
Fletcher, aka Christopher Fletcher, aka
Chris S Fletcher, aka Chris Fletcher, aka
Christop Fletcher, aka Christoph Fletcher,
aka Christophe S Fletcher
3 Carroll Court
Sicklerville, NJ 08081

Social Security No.:
  xxx−xx−6217                                              xxx−xx−4654

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
**Pursuant to Fed. R. Bankr. P. 9022**

    Please be advised that on September 5, 2018, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 18 − 8
Order Granting Notice of Request for Loss Mitigation (Related Doc # 8). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 9/5/2018. (cmf)

    Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: September 5, 2018
JAN: cmf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Jamie M Fletcher
Christopher S Fletcher
    Debtors

Case No. 18-26586-JNP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin                 Page 1 of 1                  Date Rcvd: Sep 05, 2018
                              Form ID: orderntc           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 07, 2018.
lm             Select Portfolio Servicing,   3815 S. Decker Lake Drive,   Salt Lake City, UT   84119

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2018 at the address(es) listed below:
      Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
      Kevin Gordon McDonald     on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2006-HE2, Asset-Backed Certificates Series 2006-HE2 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
      R. A. Lebron     on behalf of Creditor    Select Portfolio Servicing, Inc., as servicer for U.S. BANK, N.A., SUCCESSOR TRUSTEE TO LASALLE BANK NATIONAL ASSOCIATION, ON BEHALF OF THE HOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2006 bankruptcy@feinsuch.com
      S. Daniel Hutchison     on behalf of Debtor Jamie M Fletcher sdhteamlaw@outlook.com, backupcourt@outlook.com;sdhlawecf@gmail.com;sdhlawpara1@outlook.com;r39026@notify.bestcase.com
      S. Daniel Hutchison     on behalf of Joint Debtor Christopher S Fletcher sdhteamlaw@outlook.com, backupcourt@outlook.com;sdhlawecf@gmail.com;sdhlawpara1@outlook.com;r39026@notify.bestcase.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                   TOTAL: 6