UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

_____

The Law Offices of S. Daniel Hutchison
135 N. Broad Street
Woodbury, NJ 08096
Phone: 856-251-1235

Order Filed on November 2, 2018 by Clerk U.S. Bankruptcy Court District of New Jersey

In Re:

Jamie M. Fletcher
Christopher S. Fletcher

Case No.: 18-26586

Chapter: 13

Judge: JNP

# AMENDED
### ORDER RESPECTING REQUEST FOR EXTENSION OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 2, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____09/05/18_____ :

Property:      3 Carroll Court, Sicklerville NJ 08081_____

Creditor:      ___Select Portfolio Servicing_____

and a Request for

- ☑ Extension of the 90 day Loss Mitigation Period having been filed by ___S. Daniel Hutchison, Esq.___, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____January 31, 2019_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2