Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  18−26586−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Jamie M Fletcher | Christopher S Fletcher |
| aka Jamie M. Dattilo, aka Jamie Fletcher, | aka Christophe Fletcher, aka Cristopher |
| aka Jamie Dattilo, aka Fletcher Jamie, aka | Fletcher, aka Christopher Fletcher, aka |
| James Dattilo, aka James Datlilo | Chris S Fletcher, aka Chris Fletcher, aka |
| 3 Carroll Court | Christop Fletcher, aka Christoph Fletcher, |
| Sicklerville, NJ 08081 | aka Christophe S Fletcher |
| | 3 Carroll Court |
| | Sicklerville, NJ 08081 |

Social Security No.:
    xxx−xx−6217                              xxx−xx−4654

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on February 4, 2019, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 35 – 34
Order Granting Motion to Approve Loan Modification (Related Doc # 34) with Select Portfolio Servicing LLC. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 2/4/2019. (kvr)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: February 4, 2019
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 18-26586-JNP
Jamie M Fletcher                                                                          Chapter 13
Christopher S Fletcher
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin            Page 1 of 1          Date Rcvd: Feb 04, 2019
                              Form ID: orderntc      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 06, 2019.
db/jdb          +Jamie M Fletcher,    Christopher S Fletcher,    3 Carroll Court,    Sicklerville, NJ 08081-4442
lm               Select Portfolio Servicing,    3815 S. Decker Lake Drive,    Salt Lake City, UT  84119

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2019                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 4, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle Bank
               National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust
               2006-HE2, Asset-Backed Certificates Series 2006-HE2 dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle
               Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I
               Trust 2006-HE2, Asset-Backed Certificates Series 2006-HE2 kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              R. A. Lebron    on behalf of Creditor    Select Portfolio Servicing, Inc., as servicer for U.S.
               BANK, N.A., SUCCESSOR TRUSTEE TO LASALLE BANK NATIONAL ASSOCIATION, ON BEHALF OF THE HOLDERS OF
               BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2006 bankruptcy@feinsuch.com
              S. Daniel Hutchison    on behalf of Debtor Jamie M Fletcher sdhteamlaw@outlook.com,
               backupcourt@outlook.com;sdhlawpara1@outlook.com;hutchisonsr39026@notify.bestcase.com
              S. Daniel Hutchison    on behalf of Joint Debtor Christopher S Fletcher sdhteamlaw@outlook.com,
               backupcourt@outlook.com;sdhlawpara1@outlook.com;hutchisonsr39026@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                    TOTAL: 8