**The Law Offices of S. Daniel Hutchison**
135 North Broad Street
Woodbury NJ 08096
Phone: 856-251-1235
S. Daniel Hutchison, Esquire
Attorney for Debtor(s)

---

| | | |
|---|---|---|
| In Re: | : | UNITED STATES BANKRUPTCY COURT |
| | : | FOR THE DISTRICT OF NEW JERSEY |
| Jamie M. Fletcher | : | CAMDEN DIVISION |
| Christopher S. Fletcher | : | |
| | : | CHAPTER 13 |
| Debtors. | : | CASE NO: 18-26586/JNP |

## NOTICE OF MOTION TO CANCEL AND DISCHARGE LIEN

Jamie M. and Christopher S. Fletcher, has filed papers with the Court to cancel and discharge the lien of Cambria Center LLC.

**<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may want to consult with one.)**

If you do not want the Court to (relief sought in motion), or if you want the Court to consider your view on the motion, then on or before March 24, 2020, you or your attorney must:

File with the Court a written request for a hearing (or, if the Court requires a written response, an answer, explaining your position) at:

> United States Bankruptcy Court
> District Of New Jersey
> Camden Vicinage
> Mitchell H. Cohen U.S. Courthouse
> 400 Cooper Street, 4th Floor
> Camden, N.J. 08101

If you mail your response to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date stated above.

You must also mail a copy to:

> The Law Offices of S. Daniel Hutchison
> 135 North Broad Street
> Woodbury, NJ 08096

Ms. Isabel C Balboa, Esq.
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38   Suite 580
Cherry Hill NJ 08002

Attend the hearing to be held on March 31, 2020, at 10:00 a.m. in Courtroom 4C, United States Bankruptcy Court, Mitchell H. Cohen U.S. Courthouse, 400 Cooper Street - 4th Floor, Camden, N.J. 08101.

If you or your attorney, do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting the relief sought.

The Law Office of S. Daniel Hutchison

Date: 03/04/20                                /s/S. Daniel Hutchison
                                              S. Daniel Hutchison, Esq.
                                              Attorney for Debtor(s)