| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) |
| The Law Offices of S. Daniel Hutchison<br>135 N. Broad Street<br>Woodbury, NJ 08096<br>Phone: 856-251-1235<br><br>S. Daniel Hutchison, Esq.<br>Attorney for Debtor(s) |
| In Re:<br><br>Jamie M. Fletcher<br>Christopher S. Fletcher |

Order Filed on March 31, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No:  18-26586

Chapter:  13

Hearing Date:  

Judge:  JNP

### ORDER ON MOTION TO CANCEL AND DISCHARGE:

☐ **MORTGAGE**     ☒ **LIEN**     ☐ **OTHER (specify)** _____

The relief set forth on the following page is hereby **ORDERED.**

**DATED: March 31, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The debtor(s) having filed a Motion to Cancel or Discharge Mortgage or Lien, and the court having considered any objections filed, it is hereby ORDERED that:

☐ The debtor's motion is denied.

☒ The debtor's motion is granted, and the Mortgage or Lien referenced below is hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property:
Location (Street Address) 3 Carroll Court, Sicklerville NJ 08081

Description of Mortgage/Judgment Lien:

    a. Original Mortgagee/Lienholder: Cambria Center LLC
    b. Current Assignee: _____
    c. Current Servicer: _____
    d. Date of Mortgage/Lien: February 8, 2008
    e. Date of Recordation: April 10, 2008
    f. Place of Recordation: Clerk, Superior Court of New Jersey
        i. ~~Mortgage Book~~: _____
        ii. ~~Page~~: Judgment No: DJ-079137-08
    g. Original Principal Balance of Mortgage/Lien: $ 8,150.00

**NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

*rev.12/1/17*

United States Bankruptcy Court
District of New Jersey

In re:  
Jamie M Fletcher  
Christopher S Fletcher  
       Debtors

Case No. 18-26586-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin     Page 1 of 1     Date Rcvd: Mar 31, 2020  
                    Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2020.  
db/jdb       +Jamie M Fletcher,   Christopher S Fletcher,   3 Carroll Court,   Sicklerville, NJ 08081-4442

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2020                                                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2020 at the address(es) listed below:

        Denise E. Carlon   on behalf of Creditor   U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2006-HE2, Asset-Backed Certificates Series 2006-HE2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

        Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com

        Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com

        Kevin Gordon McDonald   on behalf of Creditor   U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2006-HE2, Asset-Backed Certificates Series 2006-HE2 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

        R. A. Lebron   on behalf of Creditor   Select Portfolio Servicing, Inc., as servicer for U.S. BANK, N.A., SUCCESSOR TRUSTEE TO LASALLE BANK NATIONAL ASSOCIATION, ON BEHALF OF THE HOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2006 bankruptcy@feinsuch.com

        Rebecca Ann Solarz   on behalf of Creditor   U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2006-HE2, Asset-Backed Certificates Series 2006-HE2 rsolarz@kmllawgroup.com

        S. Daniel Hutchison   on behalf of Debtor Jamie M Fletcher sdhteamlaw@outlook.com, backupcourt@outlook.com;sdhlawpara1@outlook.com;hutchisonsr39026@notify.bestcase.com

        S. Daniel Hutchison   on behalf of Joint Debtor Christopher S Fletcher sdhteamlaw@outlook.com, backupcourt@outlook.com;sdhlawpara1@outlook.com;hutchisonsr39026@notify.bestcase.com

        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                 TOTAL: 9