Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18–26586–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Jamie M Fletcher
aka Jamie M. Dattilo, aka Jamie Fletcher,
aka Jamie Dattilo, aka Fletcher Jamie, aka
James Dattilo, aka James Datlilo
3 Carroll Court
Sicklerville, NJ 08081

Christopher S Fletcher
aka Christophe Fletcher, aka Cristopher
Fletcher, aka Christopher Fletcher, aka
Chris S Fletcher, aka Chris Fletcher, aka
Christop Fletcher, aka Christoph Fletcher,
aka Christophe S Fletcher
3 Carroll Court
Sicklerville, NJ 08081

Social Security No.:
  xxx–xx–6217                                   xxx–xx–4654

Employer's Tax I.D. No.:

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: May 11, 2020           Jerrold N. Poslusny Jr.
                              Judge, United States Bankruptcy Court